UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ANGIODYNAMICS, INC., AND NAVILYST MEDICAL, INC., PORT CATHETER PRODUCTS LIABILITY LITIGATION | Case No.: 3:24-md-03125-JO-VET<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTIONS TO DISMISS [DKT. 644]** |

Defendants moved to dismiss with prejudice 14 complaints in this multi-district litigation as being facially time-barred under Alabama, Georgia, Massachusetts/Michigan, and North Carolina law. Dkt. 644. The Court held oral argument on these motions to dismiss on May 28, 2026. For the reasons stated on the record at oral argument, the Court issues the following rulings.

For the Alabama complaints, *Davis* (25-cv-1669); *Harris* (24-cv-2338); *Johnson* (25-cv-371); and *Lee* (26-cv-99), the Court DISMISSES the fraudulent concealment tolling claims with leave to amend.

1

24-md-03125-JO

For the Georgia complaints, the Court DENIES, without prejudice, the motion to dismiss *Fletcher* (25-cv-1518) as untimely.  For the remaining Georgia complaints, *Bird* (25-cv-608); *Blauch* (25-cv-3153); *Davenport* (25-cv-180); *Elling* (25-cv-1480); *Lafferty* (25-cv-1909); and *Snow* (25-cv-2220), the Court DENIES dismissal on discovery rule grounds and DISMISSES the fraudulent concealment tolling claims with leave to amend.

For the Massachusetts complaint, *Curry-Everson* (25-cv-3659), Plaintiff notified the Court that they stipulated to dismissal of the action with prejudice.  *See Curry-Everson v. Angiodynamics*, No. 25-cv-03659, Dkt 10 at 2 (May 29, 2026).  Therefore, the Court DISMISSES the action with prejudice.

For the North Carolina complaints, *Rhinehart* (25-cv-2500); and *Cadier* (25-cv-1285), the Court DISMISSES the fraudulent concealment tolling claims with leave to amend and takes the discovery rule issue under submission.  Defendants' brief is due by June 11, 2026.  Plaintiffs may file a reply by June 18, 2026.

The Court ORDERS Plaintiffs to file any amended complaints by June 25, 2026. Parties shall meet and confer by July 9, 2026.  Plaintiffs shall notify Defendants as to which complaints they will withdraw by July 16, 2026.  Defendants shall file responses by July 30, 2026.  Plaintiffs shall file oppositions by August 13, 2026.  Defendants shall file replies by August 27, 2026.

The hearing is set for September 17, 2026 at 9:30 a.m.

**IT IS SO ORDERED**.

Dated:  June 1, 2026

_____
Honorable Jinsook Ohta
United States District Judge

24-md-03125-JO